UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JAMES RUTIGLIANO,

                                                                 Plaintiff,

                 -against-

CITY OF NEW YORK & JOHN & JANE DOES ## 1-4,

                                                              Defendants.

------------------------------------------------------------------------ x

                                             **NOTICE OF APPEARANCE**

                                             07 Civ. 04614 (JSR)

**PLEASE TAKE NOTICE** that **David M. Hazan**, Assistant Corporation Counsel, should be added as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York.

Dated: New York, New York
       July 2, 2007

                                                      MICHAEL A. CARDOZO
                                                    Corporation Counsel of the City of New York
                                                    Attorney for Defendants City of New York
                                                    100 Church Street, Room 3-186
                                                    New York, New York 10007
                                                    (212) 788-8084

                                       By:   */s/ David M. Hazan*
                                                   David M. Hazan (DH-8611)
                                                   Assistant Corporation Counsel
                                                   Special Federal Litigation Division