# COPY OF TRANSCRIPT

1

50-H HEARING   RUTIGLIANO, JAMES

        BLA#: 2007PI013210

        015-220

- - - - - - - - - - - - - - - - - - - - - - x

In the Matter of the Claim of

JAMES RUTIGLIANO,

     -against-

THE CITY OF NEW YORK.

- - - - - - - - - - - - - - - - - - - - - - x

        44 Wall Street
        New York, New York

        May 24, 2007
        1:37 p.m.

   **EXAMINATION** of **JAMES RUTIGLIANO**, held at

the above time and place, pursuant to Notice,

taken before Jennifer Rivera Yip, RPR, a

shorthand reporter and Notary Public within and

for the State of New York.

        LEX #61731



# LEX
# REPORTING SERVICE, INC.
Professional Reporting Since 1980

Offices throughout New York and New Jersey • Toll Free 800-608-6085

1                                                                    2

2    A p p e a r a n c e s:

3

4         GREGORY ANTOLLINO, ESQ.
              Attorney for Claimant
5             1123 Broadway, Suite 902
              New York, New York  10010
6         BY:  JASON MITCHELL BAXTER, ESQ.,
              Of Counsel
7

8

9         ARMIENTI, DEBELLIS & WHITEN, LLP
              Attorneys for Respondent
10            44 Wall Street, 18th Floor
              New York, New York  10005
11        BY:  MARY CORRIGAN, ESQ.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                                                        3

2    J A M E S    R U T I G L I A N O, the witness

3             herein, having first been duly sworn by

4             a Notary Public of the State of New

5             York, was examined and testified as

6             follows:

7    EXAMINATION BY

8    MS. CORRIGAN:

9         Q    State your name for the record,

10   please.

11        A    James Rutigliano.

12        Q    State your address for the record,

13   please.

14        A    206 Avenue A, Apartment 3B, New

15   York, New York, 10009.

16        Q    Good afternoon, Mr. Rutigliano, my

17   name is Mary Corrigan, and I'm going to ask

18   you some questions about this incident.  If

19   there's anything you don't understand, please

20   let me know, and I'll rephrase it.

21             For how long have you lived at the

22   address that you just gave?

23        A    Twenty-six years.

24        Q    And who do you live with?

25        A    I live alone.

```
 1                      J. Rutigliano                 4

 2          Q     What is your date of birth?

 3          A     7/25/58.

 4          Q     And your Social Security number?

 5          A     ████████████.

 6          Q     Are you currently employed?

 7          A     Yes.

 8          Q     What do you do?

 9          A     I'm a house painter, I'm

10   self-employed.

11          Q     And is your business address the

12   same as your home address?

13          A     Yes.

14          Q     And how long have you been in that

15   business?

16          A     Around fifteen years.

17          Q     Do you recall the date of this

18   incident?

19          A     March 15, 2007.

20          Q     What time did it occur?

21          A     I would say roughly six or 6:30

22   p.m.

23          Q     Where did it happen?

24          A     The arrest was on 14th Street

25   between First Avenue and Avenue A.
```

J. Rutigliano                    5

Q      Immediately prior to the arrest,
what were you doing?

A      Immediately prior to the arrest I
was walking home after having left a
supermarket.

Q      What supermarket had you been at?

A      Associated, which is also on 14th
Street between First Avenue and Avenue A.

Q      Did you purchase any items at the
Associated store?

A      Yes.

Q      What did you buy?

A      Well, let's see, I believe I
bought ravioli and a bottle of soda.

Q      And how far from the Associated
was it where the arrest occurred?

A      Right across the street.

Q      Where were you intending to go
when you left the Associated store?

A      I was walking home.

Q      And what was the route you were
going to take in order to get home?

A      Walking from 14th Street and
Avenue A to 13th Street and Avenue A, which is

```
 1                      J. Rutigliano              6
 2   where I live, between 12th and 13th Streets.
 3          Q      Did there come a time after you
 4   left the Associated that you crossed 14th
 5   Street?
 6          A      Yes, at Avenue A.
 7          Q      And what was the reason you
 8   crossed that street?
 9          A      To go home.
10          Q      And when you crossed that street,
11   did something happen at that location?
12          A      Something happened on 14th Street
13   and Avenue A.
14          Q      And what was it that happened?
15          A      I was attacked by a woman on the
16   street.
17          Q      Did you know this woman?
18          A      No.
19          Q      Had you ever seen this woman
20   before?
21          A      No.
22          Q      How much time passed from the time
23   you left the Associated store until the attack
24   occurred?
25          A      Two minutes.
```

J. Rutigliano                         7

Q      Can you describe the woman?

A       Young-ish, maybe late
twenties/early thirties, brown hair.  Other
than that, no.

Q      And where was this woman when you
first saw her?

A       When she attacked me.

Q      Prior to her attacking you, did
she say anything to you?

A       I stepped on her foot, she said.

Q      Do you recall if you had stepped
on --

A       I had in fact stepped on the back
of her foot as she walked in front of me, yes,
unintentionally.

Q      Prior to accidently stepping on
her foot, had she been walking in front of you
for some time?

A       Behind me, she was behind me for
some time.

Q      Did there come a time that she
then came in front of you?

A       Yes.

Q      And is that when you accidently

```
 1                    J. Rutigliano                8

 2   stepped on her foot?

 3        A     Yes.

 4        Q     And when that happened, did you

 5   say anything to her?

 6        A     Yes.

 7        Q     What did you say?

 8        A     In response to her saying I

 9   stepped on her foot, I attempted to explain,

10   "You stepped right in front of me."  I would

11   then have said, "I'm sorry, it was an

12   accident."

13        Q     And did she say anything to you?

14        A     No.

15        Q     Did she do anything then?

16        A     She slapped me in the head.

17        Q     And after she slapped you in the

18   head, what, if anything, did you do?

19        A     Then she came at me and I pushed

20   her away.

21        Q     When you pushed her away, did she

22   fall?

23        A     No, she came at me again.

24        Q     Did she strike you at that time?

25        A     She was continually striking me,
```

```
1                         J. Rutigliano              9

2    yes.

3         Q       Was she striking you with an

4    object or her hands?

5         A       Her fists.

6         Q       Was that both fists, one fist?

7         A       I can't recall.

8         Q       And while she was doing that,

9    what, if anything, did you do?

10        A       I wrestled with her, I threw her

11   down on the ground, I held her fists, one in

12   each of my hands, and she was on her knees, I

13   yelled to her to stop, I yelled repeatedly

14   stop, she got up, though I was holding her

15   fists, she tried to kick me between the legs,

16   which I blocked with my leg, she was screaming

17   for me to let her go, so I let her go, she

18   then punched me one more time in the head.

19        Q       And after that time, did she

20   remain there or did she leave?

21        A       No, she remained.

22        Q       And did you remain --

23        A       I backed up, and then I was

24   surrounded by about five men on the street.

25        Q       Can you describe these men?
```

J. Rutigliano                    10

A       I don't think so.  Generally I can tell you that they were probably all in their mid-twenties to mid-thirties.

Q       Black, white, Hispanic?

A       Three or four were white, one was black.

Q       And did these men say anything to you?

A       Yes.

Q       What did they say?

A       They accused me of beating a woman, they threatened to beat me up, they cursed at me, they surrounded me, and they threatened me with the police, threatened to call the police.

Q       Did they physically touch you?

A       No.

Q       Where was this woman during this?

A       At the curb where I left her.

Q       Did the police arrive?

A       No, not immediately.

Q       How long after they threatened to call the police did you continue to remain there?

```
 1                    J. Rutigliano              11
 2          A     For a minute.  I told them she
 3     attacked me.
 4          Q     And what did they say?
 5          A     They continued to call me
 6     whatever, accused me of beating her up, they
 7     told me to shut up, they didn't want to hear
 8     what I had to say.
 9          Q     To your knowledge, did any of
10     those men eventually call the police?
11          A     At that point I don't know, I did
12     not see anyone call the police.  I was aware
13     of them threatening me at that point, that was
14     my main concern.
15          Q     And how much longer did you remain
16     at the scene?
17          A     About a minute.
18          Q     And then did you leave the scene?
19          A     Yes, I did.
20          Q     And how did you leave?
21          A     I ran.
22          Q     And where did you run to?
23          A     To 14th Street between First
24     Avenue and Avenue A, the spot where the arrest
25     took place, at which point I stopped.
```

J. Rutigliano                    12

Q     And the location that you ran to, was that in front of the Associated, across the street?

A     Across the street.

Q     And what distance was that that you ran?

A     Half a block.

Q     And when you got to that location, what happened?

A     I stopped, because I thought it was ridiculous for me to run, I thought the police should be involved.

Q     And did you call the police?

A     I did not.  When I stopped, two of the men had run after me, one of them was on the phone with the police.

Q     And was he on a cell phone?

A     He had a cell phone and he had called.

Q     Did you have any further conversation with any of those men at that time?

A     No.

Q     What did you do then?

```
1                    J. Rutigliano              13
2        A     I waited for the police.
3        Q     And how long did that take,
4   approximately, for them to come?
5        A     Two or three minutes.
6        Q     Do you know where the woman was at
7   that time?
8        A     I think back at the original spot
9   where she assaulted me.
10       Q     Had you ever seen any of these men
11  in the area before?
12       A     Not that I can remember, no.
13       Q     Have you ever seen any of them
14  since?
15       A     No.
16       Q     What about the woman, have you
17  seen her since?
18       A     No.
19       Q     What was the lighting like at that
20  time of day?
21       A     Well lit day, bright.
22       Q     What were the weather conditions
23  like?
24       A     Clear, as far as I remember.
25       Q     Do you remember if it was warm,
```

J. Rutigliano                    14

2    cold?

3          A     A little chilly; I wore a jacket.

4          Q     The woman that you described, was

5    she black, white, Hispanic?

6          A     White.

7          Q     When the police arrived, was it

8    one police car, more than one police car?

9          A     Three, as I remember; one van, two

10   cars, as I remember.

11         Q     And when the police arrived, did

12   you have any conversation with them?

13         A     They refused to talk to me.  I

14   attempted to talk to an officer, he told me to

15   get away from him.

16         Q     Did they indicate why?

17         A     They wanted to talk to the guy who

18   called the police.

19         Q     And to your knowledge, did they

20   speak with that person?

21         A     Yes.

22         Q     Were you present --

23         A     I did not listen to their

24   conversation, I could not hear it.

25         Q     Following their conversation with

J. Rutigliano                    15

1

2    that individual, did you have the opportunity

3    to speak with the police then?

4         A    No.

5         Q    After they spoke with the

6    individual who had called them, what, if

7    anything, did the police do then?

8         A    They made me put my hands against

9    the wall.

10        Q    And did they tell you you were

11   under arrest?

12        A    Yes.

13        Q    Did they tell you why you were

14   under arrest?

15        A    Excuse me, excuse me.

16   Immediately, no, they did not; they frisked

17   me, they made sure my legs were spread out

18   further.

19        Q    Did they remove any items from

20   your person at that time?

21        A    My person being my body or

22   including the bag?

23        Q    Your body.

24        A    No.

25        Q    At that time, when the police

J. Rutigliano                          16

arrived, did you have the bag of items you

bought from Associated?

     A    No.

     Q    Where was that?

     A    I left it at the original scene.

     Q    Did you have any other items with

you when you went into Associated?

     A    I had a bag, a black shoulder bag.

     Q    And what was in that bag?

     A    Personal items, such as an empty

water bottle, sunglasses, books, and

medication.

     Q    And what type of medication was in

there?

     A    Lexapro, an antidepressant.

     Q    And was that a prescription

medication?

     A    Yes.

     Q    Did you receive that from a

doctor?

     A    My doctor had given me samples of

Lexapro.

     Q    And who was your doctor who gave

you the samples?

J. Rutigliano                    17

1
2       A       What is his name?
3       Q       Yes.
4       A       William Weiss.
5       Q       What type of doctor is he?
6       A       A psychiatrist.
7       Q       Do you know his address?
8       A       1100 Park Avenue.
9       Q       And for how long had you been his
10  patient?
11      A       Two years.
12      Q       And for how long had you been
13  taking Lexapro?
14      A       That amount of time.
15      Q       You said that there were samples
16  in your bag; about how many samples were
17  there?
18      A       Sixteen boxes of seven pills.
19      Q       And how many pills did you
20  normally take a day?
21      A       Two.
22      Q       Had you taken that medication
23  earlier that day?
24      A       In the morning.
25      Q       And at the time of this incident,

J. Rutigliano                    18

1

2    were you taking any other medications on a

3    regular basis?

4         A     No.

5         Q     Had you consumed any alcoholic

6    beverages or any drugs twenty-four hours

7    prior?

8         A     No.

9         Q     And why was it that Dr. Weiss gave

10   you these sixteen boxes of seven pills?

11        A     The prescriptions are expensive,

12   he knows I could use the help, he gives me

13   free medication.

14        Q     And has he been doing that for the

15   last two years?

16        A     Since I began to see him, yes.

17        Q     And when was it that he gave you

18   those boxes of medication?

19        A     That evening, prior to my going

20   home.

21        Q     How often do you see him?

22        A     Once every six months I have an

23   appointment; and whenever I run out of

24   medication once every two or three months.

25        Q     I'm sorry, you said when you run

```
 1                    J. Rutigliano              19
 2   out of medication?
 3        A     In order to get medication, say
 4   every three months.
 5        Q     And after the police asked you to
 6   put your hands against the wall and you say
 7   they frisked you, did they then look in your
 8   shoulder bag?
 9        A     Yes.
10        Q     And did they take anything out of
11   your shoulder bag?
12        A     The medication.
13        Q     Did they take anything else, to
14   your knowledge?
15        A     No.
16        Q     And when they took it out, do you
17   know where they put it?
18        A     No.
19        Q     Was that ever returned to you?
20        A     No.
21        Q     And after they asked you to put
22   your hands against the wall, did they then
23   place handcuffs on your wrists?
24        A     Yes.
25        Q     And where did they take you then?
```

J. Rutigliano                    20

2      A      Put me in a car, and then we went

3  to PSA4.

4      Q      Do you know where that's located?

5      A      Avenue C, roughly I'll say 7th

6  Street, I'm not exactly sure.

7      Q      Is that a precinct, to your

8  knowledge?

9      A      It's a housing precinct that is,

10  as I understand it, part of the 9th Precinct.

11      Q      And when you got there, were you

12  fingerprinted?

13      A      Yes.

14      Q      And photographed?

15      A      Yes.

16      Q      And did they tell you what was the

17  reason that you were arrested at that time?

18      A      Yes.

19      Q      And what was that?

20      A      Possession of a controlled

21  substance.

22      Q      Prior to leaving the area where

23  you were arrested, do you know if any other

24  people that were involved in this incident

25  were also arrested?

J. Rutigliano                    21

1
2          A     No.
3          Q     Did you tell the officers what had
4     happened before they arrived?
5          A     Yes.
6          Q     And to your knowledge, did they
7     ask any questions of the woman?
8          A     Yes.
9          Q     Were you present or did you
10    overhear any conversation?
11         A     I heard the police talking to each
12    other.
13         Q     And what did you hear them say?
14         A     She doesn't want to press charges.
15         Q     Did you request to press charges
16    against her?
17         A     No.
18         Q     Did you at any other time press
19    charges against her?
20         A     No.
21         Q     Before this incident, did you ever
22    have any dealings with these police officers
23    before?
24         A     No.
25         Q     Have you ever been convicted of a

J. Rutigliano                    22

1
2    crime?

3        A       No.

4        Q       How long did you remain at the

5    PSA4?

6        A       Four hours.

7        Q       The pills that your doctor gave

8    you, on the box do they indicate his name, or

9    a prescription number, or anything on it?

10       A       No.

11       Q       Following the four hours that you

12   remained at the precinct, where did you go

13   after that?

14       A       100 Centre Street.

15       Q       And how long were you there?

16       A       Almost a full day.

17       Q       Did there come a time when you

18   appeared before a judge?

19       A       Yes.

20       Q       Do you remember the name of the

21   judge?

22       A       No.

23       Q       At that time, were the charges

24   against you read to you, did they read the

25   charges to you?

J. Rutigliano                23

1

2      A      Yes.

3      Q      And what were they?

4      A      As I said, possession of a

5  controlled substance.

6      Q      And did you plead at that time,

7  guilty or not guilty?

8      A      The case was dismissed in ninety

9  seconds.

10      Q      By the judge himself or herself?

11      A      Herself, yes.

12      Q      Did she indicate why she was

13  dismissing the charges?

14      A      Yes.

15      Q      What was that?

16      A      My doctor had called and said that

17  the drugs were given to me by him as a

18  prescription.  Case closed.

19      Q      Had you contacted your doctor

20  while you were being held?

21      A      Yes, I left him a message.

22      Q      When you appeared before the

23  judge, were you given an attorney?

24      A      Yes.

25      Q      Was it a legal aid attorney?

```
 1                     J. Rutigliano              24

 2          A      Yes.

 3          Q      Do you know the name of the

 4   person?

 5          A      Ms. Samuels.

 6          Q      When the judge dismissed the

 7   charges, did they give you any kind of

 8   document saying all charges are dismissed,

 9   something to that effect?

10          A      Not at that time.

11          Q      Did you receive something to that

12   effect later?

13          A      I went down and got something

14   later, yes.

15          Q      Do you have that with you?

16          A      I don't think so, no (indicating).

17          Q      Were you physically injured in any

18   way as a result of this incident?

19          A      No.

20          Q      Were you emotionally or

21   psychologically injured?

22          A      Yes.

23          Q      In what way?

24          A      I don't know how to describe it.

25          Q      As best as you can, how it's
```

J. Rutigliano                    25

2   affected you.

3        A      It's very upsetting, it's hard to

4   live in my neighborhood.

5        Q      And why is it hard to live in your

6   neighborhood?

7        A      Because I feel like I'm a

8   criminal, and everyone -- I'm a little

9   paranoid about living there because I don't

10  know who saw, I don't know who recognizes me.

11       Q      At the time that this occurred,

12  other than the men that you described that

13  were there and the woman, were there any other

14  people standing in the area that saw this

15  happen?

16       A      Yes.

17       Q      Do you know any of their names?

18       A      No.

19       Q      Tell me in what other ways this

20  has affected you.

21       A      I don't trust the police.

22       Q      Has it affected your depression in

23  any way?

24       A      A little.

25       Q      Do you still take the same amount

```
1                    J. Rutigliano                    26

2    of Lexapro at this time?

3         A     Yes.

4         Q     Has your doctor had to prescribe

5    anything else following -- any different types

6    of medications following this incident?

7         A     No.

8         Q     Do you still continue to see

9    Dr. Weiss?

10        A     Yes.

11        Q     Have you had to see any other

12   mental health professionals, psychologists,

13   psychiatrists, therapists, in connection with

14   this?

15        A     Yes.

16        Q     Who?

17        A     Judith Young.

18        Q     And when did you start seeing Ms.

19   Young?

20        A     Many years ago.

21        Q     Is she a therapist?

22        A     A therapist, psychotherapist.

23        Q     Do you know about how long you've

24   been seeing her?

25        A     Twenty years.
```

J. Rutigliano                    27

1

2      Q      Is she in Manhattan?

3      A      Yes.

4      Q      Do you know what street?

5      A      Yes, East 75th Street.

6      Q      Before the incident, how often

7   would you see Ms. Young?

8      A      Lately?  On average over twenty

9   years?

10      Q      Before this incident happened, did

11   you see her on a weekly basis or a monthly

12   basis?

13      A      Monthly.

14      Q      And at the present time, do you

15   still see her monthly, or do you see her more

16   often, or less often?

17      A      More often.

18      Q      Any other mental health

19   professionals that you had to see?

20      A      No.

21      Q      Did you lose any time from work as

22   a result of this incident?

23      A      Yes.

24      Q      How much time?

25      A      One day.

J. Rutigliano                    28

    Q    Did you lose income as a result of
that?

    A    Yes.

    Q    About how much?

    A    $200.

    Q    Did you ever file any complaints
with the Civilian Complaint Review Board
following this incident?

    A    No.

    Q    Or make any complaints to Internal
Affairs in the Police Department?

    A    No.

    Q    Do you know if there was any press
coverage regarding this case, anything on TV
or in the newspaper?

    A    No.

            MS. CORRIGAN:  I have no

            further questions.  Thank you.

            MR. BAXTER:  Thank you.


            (Conitnued on next page to

            accommodate jurat.)

```
 1                        J. Rutigliano                29

 2                   THE WITNESS:  Thank you.

 3                        -oOo-

 4                   (Whereupon, the examination of

 5              James Rutigliano was concluded at

 6              2:07 p.m.)

 7

 8                   _____

 9                        JAMES RUTIGLIANO

10      Subscribed and sworn to
        before me this _____ day
11      of _____, 2007.

12      _____

13      NOTARY PUBLIC

14

15

16

17

18

19

20

21

22

23

24

25
```

1

30

2

C E R T I F I C A T E

3

4      I, JENNIFER RIVERA YIP, RPR, a

5 shorthand reporter and Notary Public

6 within and for the State of New York,

7 do hereby certify:

8      That the witness(es) whose

9 testimony is herein before set forth

10 was duly sworn by me, and the foregoing

11 transcript is a true record of the

12 testimony given by such witness(es).

13      I further certify that I am not

14 related to any of the parties to this

15 action by blood or marriage, and that I

16 am in no way interested in the outcome

17 of this matter.

18

19

20 *Jennifer Rivera Yip*

21     JENNIFER RIVERA YIP

22

23

24

25