UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JAMES RUTIGLIANO,

                                    Plaintiff,

-against-

CITY OF NEW YORK, MARIA VELEZ & JOHN &
JANE DOES ## 1-4,

                                    Defendants.

**DECLARATION OF DAVID M. HAZAN IN SUPPORT OF DEFENDANT CITY OF NEW YORK'S MOTION TO DISMISS THE COMPLAINT**

07 Civ. 4614 (JSR)

------------------------------------------------------------------- x

**David Hazan**, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York. As such, I am familiar with the facts set forth below.

2. This declaration is submitted in support of defendant City of New York's motion to dismiss plaintiff's amended complaint, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

3. A copy of the Complaint, dated May 26, 2007, is annexed hereto as Exhibit "1."

4. A copy of the Amended Complaint, dated July 9, 2007, is annexed hereto as Exhibit "2."

5. A copy of the Answer to the Amended Complaint on Behalf of Defendant City of New York and its exhibits, dated August 31, 2007, is annexed hereto as Exhibit "3."

Dated: New York, New York
       September 14, 2007

                         MICHAEL A. CARDOZO
                         Corporation Counsel of the
                         City of New York
                         Attorney for Defendant City of New York
                         100 Church Street, Room 3-186
                         New York, New York 10007
                         (212) 788-8084
                         By: _____
                             David M. Hazan (DH-8611)
                             Assistant Corporation Counsel

TO:   Gregory Antollino, Esq. (By Mail and ECF)
       Attorney for Plaintiff
       1123 Broadway, Suite 902
       New York, New York 11241

CC:   Honorable Jed S. Rakoff (Via Hand Delivery and ECF)
       United States District Judge, SDNY
       United States District Court
       500 Pearl Street
       New York, New York 10007-1312