UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JAMES RUTIGLIANO,

                                      Plaintiff,

-against-

CITY OF NEW YORK & JOHN & JANE DOES ## 1-4,

                                      Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 Civ. 04614 (JSR)

**PLEASE TAKE NOTICE** that **David M. Hazan**, Assistant Corporation Counsel, should be added as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York and Maria Veliz.

Dated: New York, New York
       October 9, 2007

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel of the City of New York
                                      Attorney for Defendants City of New York
                                      and Maria Veliz
                                      100 Church Street, Room 3-186
                                      New York, New York 10007
                                      (212) 788-8084

                          By: _____
                             David M. Hazan (DH-6611)
                             Assistant Corporation Counsel
                             Special Federal Litigation Division