UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

JAMES RUTIGLIANO,

                                  Plaintiff,

    -against-

CITY OF NEW YORK, MARIA VELEZ & JOHN &
JANE DOES ## 1-4,

                                 Defendants.
------------------------------------------------------------------------x

**NOTICE OF MOTION**

07 Civ. 4614 (JSR)

      **PLEASE TAKE NOTICE** that, upon the annexed Declaration of David M. Hazan, dated October 17, 2007; the accompanying Memorandum of Law in Support of Defendant Veliz's Motion to Dismiss the Complaint, dated October 17, 2007; and all the papers and proceedings had herein, the undersigned will move this Court, before the Honorable Jed S. Rakoff, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, Courtroom 14-B, New York, New York, on November 9, 2007 at 4:00 p.m., for an Order, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, dismissing plaintiff's second amended complaint, with prejudice, and for such other and further relief as the Court may deem just and proper.

      **PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, shall be served on or before October 29, 2007.

- 2 -

        **PLEASE TAKE FURTHER NOTICE** that reply papers, if any, shall be served on or before November 5, 2007.

Dated:      New York, New York
              October 17, 2007

                                   MICHAEL A. CARDOZO
                                   Corporation Counsel of the City of New York
                                   Attorney for Defendants City of New York and
                                   Maria Veliz
                                   100 Church Street, Room 3-186
                                   New York, New York 10007
                                   (212) 788-8084

                               By:     /s/ David M. Hazan
                                          David M. Hazan (DH- 8611)
                                          Assistant Corporation Counsel
                                          Special Federal Litigation Division


TO:    Gregory Antollino, Esq. (By Mail and ECF)
        Attorney for Plaintiff
        1123 Broadway, Suite 902
        New York, New York 11241

CC:    Honorable Jed S. Rakoff (Via Hand Delivery and ECF)
        United States District Judge, SDNY
        United States District Court
        500 Pearl Street
        New York, New York 10007-1312

Docket No. 07 Civ. 4614 (JSR)

| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK |
|---|
| JAMES RUTIGLIANO,<br><br>Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, MARIA VELEZ & JOHN & JANE DOES ## 1-4,<br><br>Defendants. |
| **NOTICE OF MOTION IN SUPPORT OF DEFENDANT MARIA VELIZ'S MOTION TO DISMISS** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants City of New York and Maria Veliz*<br>*100 Church Street, Room 3-186*<br>*New York, N.Y. 10007*<br><br>*Of Counsel: David M. Hazan*<br>*Tel: (212) 788-8084*<br>*NYCLIS No.* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ............................................., 2007.*<br><br>*................................................................ Esq.*<br><br>*Attorney for ........................................................* |