UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES RUTIGLIANO,

                Plaintiff,

-against-

CITY OF NEW YORK, MARIA VELEZ & JOHN
& JANE DOES ## 1-4,

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08

07 CIVIL 4614 (JSR)

**JUDGMENT**

      Defendants having moved for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on January 2, 2007, having rendered its Memorandum Order directing the Clerk of the Court to enter final judgment dismissing the entire complaint with prejudice, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated January 2, 2008, final judgment is entered dismissing the entire complaint with prejudice.

**Dated:** New York, New York
           January 3, 2008

                                                  **J. MICHAEL McMAHON**
                                                     **Clerk of Court**
                            BY:
                                                     **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____