USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JAMES RUTIGLIANO

    Plaintiff,

CITY OF NEW YORK MARIA VELEZ & JOHN
& JANE DOES ## 1-4,

    Defendants.

------------------------------------------------------------X

NOTICE OF APPEAL

07cv 4614 (JSR)

NOTICE IS HEREBY GIVEN that Plaintiff appeals to the United States Court of Appeals for the Second Circuit from every part of the Final Judgment of the District Court of the Southern District New York dated January 3, 2008. This appeal bring up for review every part of that final judgment, including but not limited to the court's January 2, 2008 Memorandum order.

Dated:    New York, New York
             January 24, 2008

Gregory Antollino (GA 5950)
Attorney for Plaintiff-Appellant
1123 Broadway, Suite 902
New York, NY 10010

TO:

Corporation Counsel
City of New York
100 Church Street
New York, NY 10007

FILED
U.S. DISTRICT COURT
2008 JAN 25 PM 3:15
S.D. OF N.Y.